**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02595-GPG

Charles Lamont Williams,

    Plaintiff,

v.

Simon Denwalt, et al.,

    Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

<u>Charles Lamont Williams</u>

    DATED at Denver, Colorado this 29th day of November, 2021.

<u>Samuel Weiss</u>
Name of Attorney

<u>Rights Behind Bars</u>
Firm Name

<u>416 Florida Avenue NW, Unit 26152</u>
Office Address

<u>Washington, DC 20001</u>
City, State, ZIP Code

<u>202-455-4399</u>
Telephone Number

<u>sam@rightsbehindbars.org</u>
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

<u>N/A</u>

<u>*s/Samuel Weiss*_____</u>