IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-LTB-GPG

CHARLES WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

## ORDER

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed December 16, 2021 (ECF No. 13). Plaintiff has filed timely written objections to the Recommendation (ECF No. 14). The Court has therefore reviewed the Recommendation *de novo* in light of the file and record in this case. On *de novo* review the Court concludes that the Recommendation is correct. Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 13) is accepted and adopted. It is

FURTHER ORDERED that the Complaint and Request for Relief (ECF No. 10) and the action are dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The

1

Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED: January 6, 2022

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court