IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-LTB-GPG

CHARLES WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on January 6, 2022, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 6 day of January, 2022.

                       FOR THE COURT,

                       JEFFREY P. COLWELL, Clerk


                       By: s/ S. Dunbar
                           Deputy Clerk