# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-GPG

Charles Lamont Williams,

        Plaintiff,

v.

Simon Denwalt, et al.,

        Defendants.

---

## NOTICE OF APPEAL FROM FINAL JUDGMENT

---

Charles Lamont Williams appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on January 6, 2022.

Dated February 1, 2022.

                                        /s/ Samuel Weiss

                                        Samuel Weiss
                                        Rights Behind Bars
                                        416 Florida Avenue NW, Unit 26152
                                        Washington, DC 20001
                                        202-455-4399