IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-LTB-GPG

CHARLES WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

### ORDER REINSTATING ACTION

---

    Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit entered on the docket on September 21, 2022, this civil action will be reinstated. Accordingly, it is

    ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit entered on September 21, 2022. It is

    FURTHER ORDERED that the case shall be reassigned to the pro se docket.

    DATED at Denver, Colorado, this __22nd__ day of __September__, 2022.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, Senior Judge
                                    United States District Court