IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 21–cv–02595–NYW–MDB

CHARLES WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

**ORDER OF RECUSAL**

    Section 455(a) of Title 28 of the United States Code states that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A federal judge must recuse when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). "The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

    Upon review of the file of this case, I conclude that I must recuse myself from further service in this matter due to my previous relationship with the Defendant.

    **ORDERED** that I **RECUSE** myself from this case, pursuant to 28 U.S.C. § 455(a). It is further

**ORDERED** that the Clerk of Court shall cause this case to be reassigned to another Magistrate Judge.

Dated this 4th day of October, 2022.

BY THE COURT:

_____
Maritza Dominguez Braswell
United States Magistrate Judge