IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant's Unopposed Motion to Vacate and Reset December 14, 2022 Scheduling Conference (Dkt. #32) is GRANTED. The Scheduling Conference set for December 14, 2022 at 2:30 p.m. is VACATED and RESET to February 2, 2023 at 9:30 a.m. The proposed Scheduling Order is due on or before January 26, 2023.

The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at least five minutes prior to the hearing's start.

Date: December 8, 2022