# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
## EASTERN DIVISION

| | |
|---|---|
| Charles Williams | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 21-cv-2595 |
| | ) |
| Colorado Department of Corrections | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PLAINTIFF'S MOTION FOR LEAVE PARTIAL OPPOSITION TO PARTIAL MOTION TO DISMISS OUT OF TIME

Plaintiff Charles Williams files this motion for leave to file his Partial Opposition to Partial Motion to Dismiss three days out of time as a result of a calendaring error by Plaintiff's counsel. Undersigned counsel sincerely apologizes for the error and does not believe that any prejudice will result to any party from this very brief delay. Counsel for Defendant has no objection to this motion.

Dated: February 17, 2023        Respectfully submitted,

RIGHTS BEHIND BARS

By: */s/ Samuel Weiss*
Samuel Weiss
Oren Nimni
416 Florida Avenue, NW #26152
Washington, D.C. 20001
(206) 200-9088
sam@rightsbehindbars.org
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2023, I served a copy of the Plaintiff's Partial Opposition to Defendant's Motion to Dismiss upon all parties by e-filing with the CM/ECF system.

Date:   February 17, 2023

                                            */s/ Samuel Weiss*
                                            Samuel Weiss

                                            Rights Behind Bars
                                            416 Florida Avenue NW, #26152
                                            Washington, DC 20001
                                            Counsel for Charles Williams