IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## JOINT STATUS REPORT

The parties respectfully submit the following joint status report in compliance with the Court's Minute Order of February 2, 2023.

Both parties have completed their initial disclosures. Defendants moved for partial dismissal, which this Court granted in part on May 22, 2023 and dismissed in part as moot. The parties do not currently anticipate any alterations required to the Joint Scheduling Order.

DATED at Denver, Colorado, this 25th day of May, 2023.

**BY THE COURT**:

N. Reid Neureiter
United States Magistrate Judge

**APPROVED**:

| | |
|---|---|
| *s/*    Samuel Weiss | *s/ Ann Stanton* |
| Samuel Weiss | Ann Stanton |
| Oren Nimni | Assistant Attorney General |
| Rights Behind Bars | Colorado Attorney General's Office |
| 416 Florida Avenue NW #26152 | Ralph L. Carr Colorado Judicial Center |
| Washington, DC 20002 | 1300 Broadway |
| Phone: | Denver, CO 80203 |
| Facsimile: | Phone: (720) 508-6612 |
| Email: sam@rightsbehindbars.org | Facsimile: (720) 508-6032 |
|        oren@rightsbehindbars.org | Email: ann.stanton@coag.gov |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |