IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (Dkt. #58) is GRANTED. The Scheduling Order (Dkt. #41) is AMENDED to extend the discovery cut-off to September 25, 2023, and the dispositive motion deadline to October 30, 2023.

Date: August 23, 2023