IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Defendant Colorado Department of Corrections ("CDOC"), through the Colorado Attorney General, respectfully submits this motion requesting a thirty-day extension of the dispositive motion deadline, to and including November 29, 2023. In support thereof, the CDOC states the following:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with Plaintiff's counsel, who does not oppose this motion.

2.      Plaintiff Charles Williams is an individual who was previously incarcerated in the CDOC. He brings this action alleging that prison officials discriminated against him on account of a disability, in violation of the Rehabilitation Act, 29 U.S.C. §§ 701-796*l*, and Title II of the Americans with Disabilities act ("ADA"), 42 U.S.C. §§ 12132-12165.

3.      The parties' deadline to file dispositive motions in this action is October 30, 2023. *See* ECF No. 60.

4.      The CDOC respectfully requests that the Court extend the dispositive motions deadline by thirty (30) days, to and including November 29, 2023.

5.      Good cause exists for this extension of time.

6.      Undersigned counsel has been diligently analyzing the evidence and evaluating the claims and defenses to prepare a dispositive motion on behalf of the CDOC.

7.      However, her ability to prepare a dispositive motion within the allotted time is hindered in part because she was recently out of the office and is preparing to take additional leave during part of the week of October 30, 2023, due to family medical issues. She therefore requires additional time to complete her review of the case record and draft a dispositive motion.

8.      Additionally, undersigned counsel's heavy and active caseload has intensified over the last few months after two attorneys recently left their positions within the Corrections and Public Safety Unit, requiring existing attorneys to absorb the heavy caseloads of the former experienced attorneys while their positions remain vacant.

9.      Among other responsibilities, undersigned counsel has recently filed or is preparing the following: a motion for protective order and response to nineteen subpoenas duces tecum in *People v. Romero-Gonzalez*, Arapahoe County District Court case no. 20CR1292, due October 5, 2023; an answer in *Melnick v. Gamblin et al*, U.S. District Court case no. 20-cv-2284-CMA-KAS, due October 16, 2023; a response to an objection to Recommendation of United States Magistrate Judge in *Ruffin v. Sandoval*, U.S. District Court case no. 23-cv-554-LTB-SBP, due October 27, 2023; a motion to dismiss in *Jones v. Manguso et al.*, U.S. District Court case no. 20-cv-1758-NYW-SKC, due November 1, 2023; an answer or other responsive pleading in *Luke et al. v. Stancil et al.*, U.S. District Court case no. 23-cv-1694-MDB, due November 2,

2

2023; an answer brief in *Fletcher v. Polis et al*, Colorado Court of Appeals case no. 23CA797, due November 3, 2023; a motion to dismiss in *Zachary v. Courtney*, U.S. District Court case no. 23-cv-1784-GPG-KAS, due November 15, 2023; an answer or other responsive pleading in *Zachary v. Englebird et al.*, U.S. District Court case no. 21-cv-2129-GPG-SBP, due November 17, 2023; an answer brief in *Moore v. Hodge et al.*, Tenth Circuit case no. 23-1209, due November 20, 2023; and an answer or other responsive pleading in *Martinez et al. v. Stancil et al.*, U.S. District Court case no. 23-cv-1782-PAB-MDB, due November 29, 2023. Counsel is also engaged in high-volume class-action discovery in *Lilgerose et al. v. Polis et al.*, Denver District Court case no. 22CV30421, and recently defended depositions of several CDOC officials in that action pursuant to Rule 30(b)(6) of the Colorado Rules of Civil Procedure; and she was recently reassigned to *Fisher v. Wingert et al.*, U.S. District Court case no. 22-cv-2752-RMR-STV, and is preparing to defend depositions of multiple defendants and Rule 30(b)(6) designees, to be held in October and November 2023.

10.     Finally, undersigned counsel was recently elevated to a leadership position within the Corrections and Public Safety Unit. In addition to her existing heavy caseload and as part of her newly assigned leadership responsibilities, since early October she has been assisting several attorneys within the Corrections and Public Safety Unit prepare multiple time-sensitive and complex motions and other filings before federal and state courts within the State of Colorado. These additional responsibilities have substantially increased her workload and further hindered her ability to prepare a dispositive motion within the allotted time.

11.     For these reasons, the CDOC respectfully requests that the Court extend the dispositive motion deadline by thirty (30) days, to and including November 29, 2023.

12. This is the second request for an extension of the dispositive motion deadline. The parties previously filed a joint motion to amend the remaining deadlines in the Scheduling Order, including the dispositive motions deadline, on August 22, 2023. (ECF No. 58).

13. This request is not made for the purpose of delay, and there is no apparent reason that any party will be prejudiced by the requested extension.

14. Moreover, the requested extension of the dispositive motion deadline will not affect any other scheduling deadlines, as a trial date has not yet been set in this matter and the Court vacated the Final Pretrial Conference previously set for January 2, 2024. *See* ECF No. 61.

15. Undersigned counsel certifies that this Motion will be served contemporaneously on her client upon filing.

For the foregoing reasons, the CDOC respectfully requests that the Court grant a thirty-day extension of the dispositive motion deadline, to and including November 29, 2023.

Respectfully submitted October 27, 2023.

PHILIP J. WEISER
Attorney General

*s/ Ann Stanton*
ANN STANTON*
GREGORY BUENO*
Assistant Attorneys General
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6032
Email: ann.stanton@coag.gov
        gregory.bueno@coag.gov
*Counsel of Record

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have duly served the within Defendant's Unopposed Motion for Extension of Time to File Dispositive Motions upon all parties herein by e-filing with the CM/ECF system maintained by the court this 27th day of October, 2023, which will send electronic notification to the following:

Samuel D. Weiss                                    *Courtesy copy e-mailed to:*
Oren Nimni                                            Adrienne Sanchez, CDOC
Rights Behind Bars                                Anthony DeCesaro, CDOC
416 Florida Avenue NW
Suite 26152
Washington, DC 20001
sam@rightsbehindbars.org
oren@rightsbehindbars.org
*Attorney for Plaintiff*

                                                                 *s/ Jim L. Mules*