# Clinical Orders

**DOC #:** 082344   **Inmate Name:** WILLIAMS, CHARLES L.

**Encounter Date:** 10/04/2018   **Encounter Time:** 15:42:09

| WORK RESTRICTIONS (PROVIDER): | No Standing Over 2 Hours   **UNTIL:** 10/04/2019 |
|---|---|
| | Due to bilateral peripheral neuropathy |

| WORK RESTRICTIONS (PROVIDER): | No Repetitive Bending at the Waist   **UNTIL:** 10/04/2019 |
|---|---|
| | Chronic back pain |

| HOUSING RESTRICTIONS (PROVIDER): | Lower Bunk   **UNTIL:** 10/04/2019 |
|---|---|
| | Lower bunk restriction due to peripheral neuropathy secondary to back pain |

**PROVIDER SIGNATURE:** _____

DAMON, HEATHER W

**EXHIBIT B**