**COLORADO DEPARTMENT OF CORRECTIONS**
**CLINICAL SERVICES LAY IN SLIP**

OFFENDER: Williams, Charles

DOC#: 82344     LIVING UNIT: South

WORK ASSIGNMENT: kitch__

Restricted Activities:
[ ] Meals and meds only
[ ] No yard or gym         [ ] Feed in Cell
[X] Other: No work x 10 days

Allowed activities (specify): _____

RETURN TO NORMAL ACTIVITIES ON:
DATE: 10/3/19
H Damm PA            9·23·19
Clinical Services            Date

Distribution: Original Medical   Pink: Work Supervisor/L.U.   Yellow: Offender
31229(Rev.2/00)

---

**COLORADO DEPARTMENT OF CORRECTIONS**
**CLINICAL SERVICES LAY IN SLIP**

OFFENDER: Williams, Charles

DOC#: 82344     LIVING UNIT: South

WORK ASSIGNMENT: kitchen

Restricted Activities:
[X] No yard or gym         [ ] Feed in Cell
[ ] Other: No work per Medical GPA

Allowed activities (specify): _____

RETURN TO NORMAL ACTIVITIES ON:
DATE: 8/1/19
                             7/15/19
Clinical Services            Date

Distribution: Original Medical   Pink: Work Supervisor/L.U.   Yellow: Offender
31229(Rev.2/00)

---

**COLORADO DEPARTMENT OF CORRECTIONS**
**CLINICAL SERVICES LAY IN SLIP**

OFFENDER: Charles Williams

DOC#: 82344     LIVING UNIT: South

WORK ASSIGNMENT: Kitchen

Restricted Activities:
[ ] Meals and meds only
[ ] No yard or gym         [ ] Feed in Cell
[ ] Other: _____

Allowed activities (specify): no work

RETURN TO NORMAL ACTIVITIES ON:
DATE: 7-16-19
                             7-11-X
Clinical Services            Date

Distribution: Original Medical   Pink: Work Supervisor/L.U.   Yellow: Offender
31229(Rev.2/00)

**EXHIBIT D**

Williams010