# Incident # 1285445

**BUENA VISTA CORRECTIONAL COMPLEX**

Linked #   Created by

Created: Sep 23, 2019 05:06 am   By: GONZALES, BRYAN M
Closed:   By:

Incident Date: **09/23/2019**

Approx Time: **04:40 AM**   Status: **Open**

Incident Type: **Failure to Work**

Incident Location: **South Unit**

Misc. Location Info: **cell 1W18**

Summary: **Inmate Williams Charles #82344 refuse to work citing back problems.**

---

Report: 1   by GONZALES, BRYAN M ( bmgonzal )   for Incident 1285445
Officers Facility: **BUENA VISTA CORRECTIONAL COMPLEX**
Approximate Time of Incident: 04:40 AM   Shift: **Swings**
Work Unit: **Custody and Control**   Days Off: **wed thurs**

Suspected Gang Related: ☐   Evidence: ☐

| Docno: | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|---|---|---|---|---|---|---|
| 82344 | WILLIAMS, CHARLES L | BVCF/SOUTH | W | 1 | 18 | 1B |

**Initiation of Investigation**
Report Rejected: ☐
Report Approved: ☑
Report Voided: ☐

**Parole/Community/ Shift Commander:** SHIELDS, KYLE R. ( krshield )
**Date Approved:** 09/29/19 08:06 PM

**Report** Needs Approval ☑
Submitted: 09/29/19 07:19 PM

**Immediate Accountability:** ☐
1285445

**Duty Officer Review**
Charge: ☑
Informational: ☐
**Duty Officer:** TURNER, JOHN E. ( jeturner )
Reviewed: 09/30/19 09:22 AM

## Detailed Report on following Page

EXHIBIT E

# Incident# 1285445
## Report 1 detail by GONZALES, BRYAN (bmgonzal) for Incident 1285445

---

At approximately 04:40 of 9/23/19 in South Unit at cell 1W18, I officer Gonzales #25297 asked inmate William Charles # 82344 if he was going to work for this kitchen pull. He stated he was not due to back pain. At proximately 05:15 at the Unit office, he stated he already talked to medical about this issue and he gets three unexcused abscesses per month.

CDOC/WILLIAMS 00201