

ICCS001C         **Custody Reclassification (Male)**         02/01/2023 02:34:06 PM

| | |
|---|---|
| Scoring Date: | 10/03/2019 |
| Sequence Number: | 001 |
| Facility: | Buena Vista Correctional Complex |
| Staff: | MANN, TRACEY C |
| Reason: | Mandatory |
| Prior Custody: | Close |
| As of: | 10/03/2019 |

| Factor | | Points | Previous Points |
|---|---|---|---|
| **1. History of Institutional Violence:** (7 years prior to admission) | None or no indication of violence | 0 | 0 |
| **2. Severity of Current Conviction:** | Moderate | 3 | 3 |
| **3. Severity of Prior Convictions:** | Moderate | 1 | 1 |
| **4. Escape History:** (last 3 years) | No Escapes | 0 | 0 |
| | Score Part A | 4 | 4 |
| **5. Type of Most Serious Disciplinary Report:** (past 12 months) | None | -1 | -1 |
| **6. Frequency of Disciplinary Reports:** (past 12 months) | None | -1 | -1 |
| **7. Current Age:** | 38 - 60 Years Old | -1 | -1 |
| **8. Program Participation:** (past 12 months) | Noncompliance with Recommended Program | 0 | -2 |
| **9. Work Evaluations:** (last 12 months) | Unsatisfactorily Termination, Refusal to Work, or Applying | 2 | 0 |
| | Total Score | 3 | -1 |

**EXHIBIT H**

CDOC/WILLIAMS 00141


| Factor | Points | Previous Points |
|---|---|---|
| **Scored Custody Level: Minimum-Restrictive (MIN-R)** | | |

## Factor Comments

## Non-Discretionary Override Reasons

| | Type | Criteria | Justification |
|---|---|---|---|
| ✔ | Time to PED | | Added: Time To Ped : PED IS MORE THAN 3 years. |
| ✔ | Time to MRD | | Added: Time To Mrd : MRD IS MORE THAN 2 years. |

**Mandatory Overrides Custody Level: Close**

## Case Manager Recommendation

**Action:** Raise Custody Level

**Discretionary Override Reason(s):** FAILS TO COMPLY W/ASSIGNMENT

**Recommended Custody Level:** Close

**Justification:** StaffID: 100016100 Offender terminated from food service 9/23/19 for refusal to work.

## Internal Classification Committee (ICC) Review

**Action:** Raise Custody Level

**Discretionary Override Reason(s):** FAILS TO COMPLY W/ASSIGNMENT

CDOC/WILLIAMS 00142

| | |
|---|---|
| **Custody Designation:** | Close |
| **Justification:** | StaffID: 100030058 Regress to Close Custody for refusal to work (Food Service) |
| **Chairman:** | DENWALT, SIMON J [32007] |
| **Date:** | 10/03/2019 |
| **Next Scheduled Review Date:** | 10/03/2020 |

## Comments

2
ACTIVITY LOG: 2019-10-03/Auto Score/Autoscore C09 to -1
2019-10-03/Auto Score/Autoscore C05 to -1  (BV)
2019-10-03/Auto Score/Autoscore C06 to -1  (BV)
2019-10-03/Override (Non-discretionary)/Added: Time To Ped : PED IS MORE THAN 3 years.
2019-10-03/Status Review/Status Change From: None To: 0: (|sjdenwal|Regress to Close Custody for refusal to work (Food Service))
2019-10-03/Recommend/Recommended: CLOSE - Offender terminated from food service 9/23/19 for refusal to work.
2019-10-03/Instrument/Created new ReClass for reason Mandatory
2019-10-03/Finalize/Finalized: CLOSE - Regress to Close Custody for refusal to work (Food Service)
2019-10-03/Comment/add_instrument
2019-10-03/Score Change/Scoring on C08 changed to 2. Reason:Offender terminated from food service 9/23/19 for refusal to work.
2019-10-03/Auto Score/Autoscore C02 to 3 (cat/cd/deg 21-299-3 ) (BV)
2019-10-03/Comment/undefined
2019-10-03/Override (Non-discretionary)/Added: Time To Mrd : MRD IS MORE THAN 2 years.
2019-10-03/Comment/update_approvalRecommend
2019-10-03/Override (Higher)/Added: Program Noncompliance : Offender terminated from food service 9/23/19 for refusal to work.
2019-10-03/Auto Score/Autoscore C01 to 0  (BV)
2019-10-03/Auto Score/Autoscore C03 to 1 (cat/cd/deg 20-419-4 )

| | | | | |
|---|---|---|---|---|
| **Status:** | Finalized by ICC | **As of Date:** | 10/03/2019 | Status History |