

AR Form 150-01E (03/01/17)

# Offender Appeal

CASE NO. **CLASSIFICATION 20-CL-016**

1. Offender Name **Williams, Charles**  2. DOC No. **82344**
3. Current Facility **BVCF**  4. Facility Initiating Hearing _____
5. Type of Appeal: ____ Disciplinary ____ Classification Action **X**  6. Date Hearing Held: **10-3-19**
7. Basis of Appeal (Check the boxes which apply) Please Print. Be Brief - no additional attachments allowed.

{ } PROCEDURES NOT FOLLOWED: (State specifically what procedures were not followed)
{ } LACK OF SUBSTANTIAL EVIDENCE: (State specifically what evidence was not present in this hearing)
{ } NEW EVIDENCE: (State specifically what new evidence exists to affect the decision)

I WAS TERMINATED FROM FOOD SERVICE ON 9/23/19 AND I HAD A LAY-IN FOR 9/23/19 TO 10/3/19. I NEVER REFUSED TO WORK. I MADE TWO MEDICAL EMERGENCIES ON 9/21 AND 9/22. AND BECAUSE OF MY MEDICAL CONDITIONS I WAS/AM IN ALOT OF PAIN. I SHOWED UP EVERY DAY BUT ONE AND WAS TURNED BACK BECAUSE OF MY WORK RESTRICTIONS. CAPTAIN MAPLES WAS RELEASING ME FROM FOOD SER. BECAUSE OF MY RESTRICTIONS. AND LT. CLASS DID THE PREVIOUS TIME I WAS ASSIGNED TO FOOD SERVICE. AND CAPTAIN NISKHE GRANTED MY GRIEVANCE TO GET MY PREVIOUS JOB BACK IN SOUTH UNIT. AND DENWALT REFUSED TO HONOR IT. IF MY WORK RESTRICTIONS PREVENT ME FROM DOING THE WORK THEN PLACING ME IN FOOD SERVICE (BY DENWALT) CAN ONLY BE RETALIATORY FOR GRIEVANCES AND A PENDING LAWSUIT

Do **NOT** attach additional page. Additional attachments will not be considered.

8. Offender Signature **C.S. Williams**  Date **10.6.19**

RECEIPT BY FACILITY
Appeal Received by: **Ratllined Whitley**  **AA III Case Management / BVCC**  **10/9/19**
Name  Title / FACILITY  Date

HEARING DECISION (please type)
9. Conviction is: {X} Upheld { } Reversed { } Modified { } Remanded  Explanation: (Required) I have Reviewed your Appeal and spoken to Medical and food service. Food service is able to Accomodate your Restrictions. You refused to work in the early morning. You did not get a lay in until approx 1500 hours. When you refused to work you did not have a lay-in. Your classification is upheld.

By: **Bryan Coleman / B. Colm**  **10-23-19**
Administrative Head/Designee PRINT/SIGN  Date

RECEIPT BY OFFENDER
10. Appeal Decision received by: **C. Williams**  
Offender Name  DOC #  Date
**10/24/19**
Witness PRINT AND SIGN  Date

Distribution: Department File, Offender

Attachment E
Page 1 of 1

Williams016