## Offender Grievance

| Offender Must Complete | |
|---|---|
| Name: CHARLES L. WILLIAMS | DOC #: 82344 |
| Grievance number (complete for Steps 2 and 3, only): | |
| Instructions: | |
| 1. Fill out identifying data in space provided (Must be legible.) | *This space must remain blank* |
| 2. Clearly state basis for grievance or grievance appeal. | *This space must remain blank* |
| 3. State specifically what remedy you are requesting. | *This space must remain blank* |
| 4. Remedy must remain consistent. | *This space must remain blank* |

Subject of Grievance and Requested Meaningful Remedy:

UPON BEING HIRED IN FOOD SERVICE, I STATED IN KITES TO MY CASE MANAGER AND MULTIPLE GRIEVANCES THAT I COULD NOT PERFORM THE ESSENTIAL FUNCTIONS OF THE POSITION DUE TO MEDICAL RESTRICTIONS. I WAS TOLD OVER AND OVER BY STAFF THAT FOOD SERVICE WOULD "ACCOMODATE" MY MEDICAL RESTRICTIONS. ACCORDING TO AR 850-03(D) I WAS TO BE PROVIDED AR FORM 750-04(A) AND PUT IN CONTACT WITH THE AIC FOR AN INTERACTIVE ACCOMODATION PROCESS. THIS WAS NOT DONE. MY GRIEVANCES WERE DENIED. IN NOT PROVIDING ME WITH AN ACCOMODATION CDOC POLICY WAS NOT UPHELD. I HAVE SUFFERED LOSS OF PRIVILEDGES BECAUSE OF THIS. I WOULD LIKE AN ACCOMODATION PROCESS INITIATED FOR ME IN ANY/ALL FUTURE JOB PLACEMENT.

Offender Signature: [signed] Date: 10.21.19

*By signing this form the offender recognizes and waives confidentiality on records necessary to address this grievance

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) ① 2 3 |
|---|---|---|
| Signature: TMann | | |
| Print Name and DOC Employee ID #: Tracey C Mann 18677 | Date received: 11-4-19 | |

Attachment B
Page 1 of 1