BVCC Form 100-19A (05/30/09)

# Colorado Department of Corrections
# Buena Vista Correctional Complex

## Offender Communication

To: ADA  Date: 5.2.2020

State your request in detail: I am requesting to be added to the shoe exchange program. I have bi-lateral neuropathy and diabetes my feet hurt all the time. I soak them in ice twice a day. My shoe size is 12ee.

Thank you
C.L. Williams

Offender Name: CHARLES L. WILLIAMS  Doc #: 82344
(Name must be printed and signed)
Work Assignment: Unit porter  Unit/Cell#: 4 North
 U. West-5

Response/Action Taken:

Employee/Contract Worker Signature: _____
(Name must be printed and signed)
Date Received: _____
Date Answered: _____

Attachment A
Page 1 of 1

**EXHIBIT K**

CDOC/WILLIAMS 00003