IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Plaintiff Charles Williams respectfully submits this motion requesting a thirty-day extension of deadline for his opposition to Defendant's Motion for Summary Judgment, to and including January 19, 2024. In support thereof, Williams states the following:

1. Pursuant to District Court of Colorado Local Civil Rule 7.1(a), undersigned counsel has conferred with Plaintiff's counsel, who does not oppose this motion.

2. Defendant sought a thirty-day extension to file its motion for summary judgment, which Williams consented to and which this Court granted.

3. Good cause exists for an extension of time for Williams.

4. The sole counsel for Mr. Williams, who previously operated *pro se*, has a press of other litigation filings due, including an opening brief in the Third Circuit in *Hymer v. Kross*, No. 23-2374 on December 18, 2023; an opening brief in the Sixth Circuit in *Carrier v. Patterson*, No. 23-5872 on January 2, 2024; a reply brief in the Fifth Circuit in *Cole v. Lumpkin*, No. 23-40216 on January 3, 2023; and other matters that will likely arise.

5. Undersigned counsel also has a number of administrative tasks associated with being the Executive Director of his non-profit organization.

6. This is Mr. Williams's first request for an extension in filing his opposition.

7. This request is not made for the purpose of delay, and there is no apparent reason that any party will be prejudiced by the requested extension.

8. The requested extension of the dispositive motion deadline will not affect any other scheduling deadlines, as a trial date has not yet been set in this matter.

For the foregoing reasons, Mr. Williams respectfully requests that the Court grant a thirty-day extension of the deadline to file an opposition to Defendant's motion for summary judgment, up to and including January 19, 2024.

Respectfully submitted December 14, 2023.

>*/s/ Samuel Weiss*
> Samuel Weiss
> Rights Behind Bars
> 416 Florida Avenue NW, #26152
> Washington, DC 20001
>
> Counsel for Plaintiff Charles Williams

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, I electronically served the foregoing Unopposed Motion for an Extension to File Opp upon all parties.

Date:  December 14, 2023

*/s/ Samuel Weiss*
Samuel Weiss

Rights Behind Bars
416 Florida Avenue NW, #26152
Washington, DC 20001