Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

CHARLES WILLIAMS,

    Plaintiff,

  v.                                Civil Action No.

COLORADO DEPARTMENT OF              21-cv-02595-NYW-NRN

CORRECTIONS,

    Defendant.

_____

VIDEOCONFERENCE DEPOSITION OF

BRYAN GONZALES

DATE:          Monday, September 25, 2023

TIME:          10:25 a.m.

LOCATION:      Remote Proceeding

              Wiley, CO 81092

REPORTED BY:   Allison Diercks, Notary Public

JOB NO.:       6118210

Exhibit N

```
                                                              Page 2

 1                   A P P E A R A N C E S

 2    ON BEHALF OF PLAINTIFF CHARLES WILLIAMS:

 3          SAMUEL WEISS, ESQUIRE (by videoconference)

 4          Rights Behind Bars

 5          416 Florida Avenue Northwest, Suite 26152

 6          Washington, DC 20001

 7          sam@rightsbehindbars.org

 8          (202) 455-4399

 9

10    ON BEHALF OF DEFENDANT COLORADO DEPARTMENT OF

11    CORRECTIONS:

12          ANN STANTON, ESQUIRE (by videoconference)

13          Office of the Attorney General

14          Colorado Department of Law

15          Ralph L. Carr Colorado Judicial Center

16          1300 Broadway, 10th Floor

17          Denver, CO 80203

18          ann.stanton@coag.gov

19          (720) 508-6612

20

21

22
```

1                               I N D E X

2        EXAMINATION:                                        PAGE

3             By Mr. Weiss                                      6

4

5                              E X H I B I T S

6        NO.              DESCRIPTION                        PAGE

7        Exhibit 17       Incident Report                      21

8        Exhibit 18       Custody Reclassification             45

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 27

```
 1    issue, because whether it's factual or it's used as a
 2    device to manipulate movement, or officer presence, or
 3    things like that, there's just a whole lot of factors.
 4    And this is just one of them that happens quite a bit.
 5              So I'm not saying Mr. Williams's back hurt
 6    or not.  The only -- the only thing I would have cared
 7    was, do you have a slip or don't you?  Your name's on
 8    the pull.  You refuse to go.  I'm going to write the
 9    memo.  I don't deal with if in fact his back hurt or
10    not.  All I know is, his name was on the pull; I don't
11    have a slip.
12              As far as I'm concerned, I'm not going to
13    argue with Mr. Williams, 'cause if his back hurts, I
14    can see, being an older gentleman, aches and pains.
15    But whether he can work or not, that's not up to me.
16    That's up to the nurses.  And they determine if he
17    gets so many days off.
18              And at the very bottom of this is that he
19    gets three days he gets to choose.  I wasn't aware --
20    I'm not -- I don't -- that was something important
21    enough for me to put in the memo, where that was a
22    little -- that was something brand new, I guess.  He
```

Page 28

1    gets three days off.
2             I don't -- 'cause I don't know the -- how
3    the kitchen works, whether they get sick days or
4    things like that.  So that was, like -- that was
5    something I decided to put in there because -- I'm not
6    saying I was -- what do you call it? -- pushing for
7    Mr. Williams to get off work, if that's just something
8    that will help him out.
9             I put that in there.  I didn't advocate --
10   I'm not an advocate for him.  But I was like, if
11   that -- if that's something, that's probably something
12   I would need to know.
13            And I put it in the memo so maybe it's
14   clarified later; do they in fact get sick days, which
15   I'm not -- I wasn't aware of, that that was a thing.
16   And I still can't tell you if that's -- if that was a
17   thing.  He -- that was just something he told me.  So
18   I decided to put that.
19            Other than, hey, this normal stuff
20   happened -- I did this; he said that; this is what I
21   did -- he also said, "I have three days off."  I
22   wasn't aware of that specific fact, so that's why I

```
 1    put that in there.  And I still wouldn't be able to
 2    tell you if -- if that was something that -- that was
 3    done often, or if it was done at all.
 4         Q   Understood.  Very helpful.  Thank you.  You
 5    wrote these kinds of incident reports fairly often;
 6    you call them normal?
 7         A   Yes.  Some people like to work in the
 8    kitchen, and some people did not like to work.  And
 9    they would say, "My foot hurts; my back hurts."
10             And that's not just to the kitchen.  It's to
11    some -- if you can believe it, some offenders do not
12    want to work at all.  And I'm not -- that's not a
13    character judgement.  That's just, for whatever
14    reason -- because, you know, if you're working in a
15    prison as an offender, yeah, I can understand.
16             So it wasn't like, "You better go to work."
17    There are -- there are -- I wasn't going to -- I don't
18    make them go to work.  It's like, all right.  I asked
19    you.  I told you.  I'm just going to write it up, and
20    you'll deal with the consequences.
21             And the consequences is, you can work, and
22    do your job, and go about your business, and you get
```

1    in incentive unit.  If you don't work, you don't do

2    your job, you start fights, you're a basic problem,

3    you get to live in some other unit where it's not

4    so -- you don't get the incentives.  And that was --

5    the incentive unit is.

6              Generally speaking, these guys went to work.

7    They -- generally speaking, they didn't start fights.

8    It's -- but it's still -- we're still in a prison.

9    Stuff happens all the time.

10        Q    Right.  Do you --

11        A    Yeah -- go ahead.  Sorry.

12        Q    Go ahead.

13        A    So these type of people refusing to go to

14   work, they call it "refusing" to go to work, these

15   memos were done all the time for -- for whatever

16   reason.

17             And the system that was set up is, if you

18   have a pink slip, okay.  Well, you got a pink slip.

19   If you need, I'll make you a copy, and you can give

20   this.  You lost yours?  Here you go.  Here's a copy.

21   I'm going to put it back up on my -- on my cage.

22             'Cause that's -- it just helps me -- either

Page 34

1    staggered on which -- breakfast, lunch, and dinner --
2    which shift the people were working.
3            And then, of course, incentive unit, these
4    guys tend to work a whole lot better than all the
5    other units.  So we didn't really have that huge of a
6    problem.  Just every once in a while, you'll have a
7    situation like Mr. Williams where, perhaps, he wasn't
8    able to work or not.
9        Q    Okay.  So throughout the facility,
10   somebody being unable to work -- or refusing to work,
11   per the prison's parlance -- this was a pretty common
12   occurrence?
13       A    I would say that is definitely -- yes, that
14   was -- refusing to work, that was the -- the biggest
15   issue.
16           And it's not anything towards Mr. Williams.
17   It was -- we would say prison is filled with people
18   who cannot keep an appointment, or be somewhere, or
19   generally follow directions.  So getting people to go
20   to work at a certain time is so hard to do, and to
21   make sure they're all there.
22           And it's -- it's not like here in the real

1    world, where trying to get on a Zoom appointment, as
2    you can see, that's pretty hard, and this is the real
3    world.
4             Imagine people who don't want to do what you
5    want them to do, or are in a situation where that's
6    not a natural -- a natural daily habit of being
7    somewhere at a certain time or waking up at a certain
8    time.  And that's what we dealt with.
9             But as far as the incentive unit, these guys
10   were good at following the rules and the directions,
11   and just to make their lives easier.  So that's why
12   Mr. Williams was there.  Was -- he was generally a
13   person that did that.
14        Q    Great.  Had you ever noticed Mr. Williams
15   getting pulled for the kitchen and then being sent
16   right back?
17        A    I would say that happens a lot, but I
18   couldn't -- I wouldn't be able to say Mr. Williams
19   specifically.  That does happen.  Happens -- that
20   happens a lot.
21        Q    Why does it happen?
22        A    If they don't -- if they refuse to work.

Page 36

```
 1    Not to say that he can or can't work; that's just the
 2    general term we use is "refuse to work."  Okay.  I
 3    don't need to know why did he not want to work.  I
 4    don't need to know what kind of mood he was in 'cause
 5    he didn't want to work.  I didn't need to know that.
 6            I just needed to know, refused to work,
 7    you're back in.  I'm going to mark it off on my list
 8    that you -- you're here, just for my purposes, 'cause
 9    when I'm going to count you, I'm going to know, oh,
10    Williams is here.  Okay.  Let the -- all the floor
11    officers know.
12            We kind of know where everyone should be.
13    That's -- that's our job.  Mr. Williams refused to
14    work.  Okay.  He should be here.  Or if someone's in
15    there -- if there's two people in a cell and there
16    should only be one, we would say:  "Who the -- who the
17    F are you?  Open this thing.  Show me your face."
18            Like, that's -- that's the rule.  That's the
19    job we live in.  You -- you're either here or you're
20    not.  Why not?  You refused to work.  That's -- that's
21    all we care about.  Refused work.  So that's the
22    signal to all of us.  He's here.  That's all we need
```

Page 37

1    to know.  He's here.  Refused to work.  Okay.  Got it.
2              Not -- he got in a fight.  If he got in a
3    fight, let's check his hands.  Let's check his face.
4    Does he have any stab wounds?  Is it even actually
5    him?  Crazy -- you know, it just exponentially gets --
6    it can get wild at any time.
7              So it's either -- he came back.  Why not?
8    Refused to work.  That is the best, most single
9    explanation you can tell me so I understand.  I'm
10   going to count him later, and I got to make sure that
11   it's in fact Mr. Williams and not someone else taking
12   his place to do some, you know -- things get wild.
13             I'm not saying Mr. Williams does that.
14   That's just -- that's -- that's the world -- that's
15   that world.  He refused to work.  He's here.  He's at
16   work.  He's not.  We're going to count him.
17      Q    So if Mr. Williams got pulled for the
18   kitchen and then, half an hour later, he's back in his
19   cell, the terminology you would use for that is
20   "refused to work"?
21      A    Yeah.  Yeah.  We would say, "Hey, aren't
22   you" -- and then we'd walk around and say, "Can I pull

Page 38

1   you?  Why aren't you there?"  "Oh, my back hurt."
2   Refused to work.
3           If you're all of a sudden back and you're
4   not supposed to be, if you tell me, "I refuse to
5   work," I'm like, "Oh, okay; that's good."  If you say,
6   "I just didn't want to work," you take a quick look
7   and see if he's bleeding; if he has five pounds of
8   hamburger meat on him, and he stole, and he came back.
9           That -- it's just -- if it's -- it's out of
10  the -- if it's unusual, take two or three looks and
11  see what's going on.  If I say, "I refuse to work,"
12  oh.  Got it.  Yeah.  No problem.
13          "Oh, my back hurts."  Okay.  I don't see no
14  bruises on his face.  He's not hiding a wound.  I
15  don't know if he brought back sugar, or meat, or, you
16  know, smuggling things.  That -- that happens within
17  three seconds, that whole check-down.  "Oh.  You
18  refuse to work?"  "My back hurts."  "All right."
19          I guess -- so then that -- that would mean
20  the -- his supervisor would write a memo.  And if I
21  need to look at his memo, I pulled him.  He left.  I
22  did my job.  He came back.  I don't really care as

Page 39

1    long as he's not injured.  He's -- we know that he's
2    not there or he didn't smuggle anything back to the --
3    to the house.
4              So the general term is "refused to work."
5    That's, like -- that -- that'll explain half of it.
6    And as long as he's not bleeding -- or he's not
7    injured, I should say -- then we're going to move on
8    with our day.  'Cause we have a thousand other things
9    to do and a thousand other things that could go wrong.
10        Q    Okay.  That's very helpful.  Thank you.
11   This is up on the screen.  Can you tell me at what
12   time you created this incident report for --
13        A    This is approximately 4:40 a.m., so I would
14   have been on the graveyard shift.  And the graveyard
15   shift is the earliest morning pull to start off the --
16   the work day in the -- the chow hall.
17              So that would have been way early in the
18   morning.  He would have been one of the first people
19   to wake up and go and do that.  And generally, when
20   they go in that early, it's 'cause they want to get
21   off -- they get off at eleven or twelve, and their day
22   is done.  And they relax.

Page 44

1    house -- you're not supposed to do that.
2             It's, like -- it doesn't matter.  It -- it's
3    one thing right after another.  It's -- it's always
4    something right after another.  And you just write it
5    down.  "Hey, this is the fifth time you cut your hair.
6    We're going to kick you out of the incentive."  "Oh,
7    why?  I love incentive."  "Well, we told you not to --
8    to do that, and you still do that."
9             And for, like, Mr. Williams, if this was
10   going to be a thing, I got to -- I have to write.  "I
11   pulled you for work, and you said no.  You said this.
12   I said that.  I said okay."  I write the report.
13            If he gets five reports or something like
14   that, then guess what?  Now you're moving out of the
15   house because you're refusing to work.  "Well, I have
16   a doctor's note."  "Well, let's see it."  "Oh, I" --
17   you know, this, this, and that.
18            Like, I don't -- I don't know.  I don't --
19   that's not for me.  That's for the sergeants and the
20   lieutenants to decide who gets to live in the house.
21   I just make the pull.  I count.  I make sure they're
22   there.  I make sure they come back.  And this is what

Page 48

1     document, was his custody level changed?
2                    MS. STANTON:  Object to foundation.
3                    Go ahead and answer.
4                    THE WITNESS:  What was the question
5     again?
6     BY MR. WEISS:
7          Q    According to this reclassification report,
8     was his custody level changed?
9          A    It does say it was changed to close custody.
10    "Fails to comply with assignment."  The only -- I have
11    never seen this document before.  But what I do know
12    is, if you live in the incentive house, one of the
13    requirements is, you have to work.
14              And I think that was the only issue for him
15    in this.  Other than that, him being great to work
16    with, is that in order to be in this specific house
17    and be in the incentive houses, you have to work.  And
18    I do think all the other houses, you also have to
19    work, except for instances where you're -- you don't
20    have to work.
21              But that's pretty much the thing, is --
22    every person incarcerated there has to have a job,

Page 53

1   BY MR. WEISS:
2        Q    Right.  Is it surprising to you that
3   Mr. Williams's failure to go to work on September 23,
4   2019 triggered a mandatory reclassification to close
5   custody?
6                MS. STANTON:  Object to foundation.
7        A    I -- I don't know, because I've -- if -- I
8   would say, if it was a habitual thing, if it was an
9   issue, that would cause it.  One-offs don't really --
10  don't really matter.
11               But I was just one officer on one shift that
12  particular time that he didn't move on my movement.
13  That's not to say other officers on other shifts on
14  other days do that.  So I -- I think it's -- it's
15  culminating.  But I can't tell you for sure if that's
16  not.
17               I never heard of a one-off doing that.  It's
18  almost -- like, you work your way in or you work your
19  way out, meaning that you get "paper."  That's what
20  they call it.  You get paper on you.  You don't want
21  paper on you.  Or you're a jailhouse lawyer, and you
22  collect paper to prove your case, or your point, or

Page 54

1    the thing that you're trying to do.
2            As far as I'm concerned, Mr. Wiliams was
3    always a good guy.  And this is the one and only time
4    I -- I never had to write on him, 'cause as far as I
5    remember from him, I remember him being a good guy.
6    So if my report triggered that, I would -- I don't
7    think that would be normal.  But then again, I
8    couldn't tell you if that was the case or not.
9            What I think --
10   Q    So -- please go ahead.  Sorry.
11   A    The way I remember that it might have
12   happened -- or situations like this -- is if I wrote a
13   report, and then the next day, when I'm off, another
14   officer came and said, "Hey, you're -- you're ready
15   for a movement."  "I refuse to go."  He writes a
16   report.
17           See, and that's the thing.  It doesn't
18   really matter if -- or not.  It's, we write the
19   reports 'cause we don't got no paper trail to say that
20   he doesn't need to go.
21           So the issue is, if there was no -- we'd
22   only write a report if he didn't have his pink slip,

Page 55

1    or if he had a get-out-of-work card.  We don't deal
2    with how many times he does it.  We just -- it's more
3    like we -- this is how many times we do that.
4              And I would assume that's why he got
5    reclassified, is if he had enough reports written on
6    him, whether they're negative or positive.  And this
7    is the thing, is -- my report, I didn't say it was a
8    negative or positive.  I just said he was on the pull,
9    he did not go, and we would classify that as a refusal
10   to work, refusal to comply.
11             And that's all -- there's no, was he sick?
12   Was he hurt?  That's not for -- that's not a
13   consideration.  It's either he was -- he moved for the
14   movement or he didn't.  What's the reason why?
15   Refused to work.  Oh, okay.
16             Failure to comply.  Refused to work.  That's
17   not to say he argued or -- "My back hurt."  And
18   that's -- there's no -- there's no distinction, I
19   guess.
20        Q    Right.  So when you say "cumulative," you
21   mean, you know, not just one report; but once you
22   accumulate a number of reports, it could explain this

Page 56

1    result?
2         A    It -- it could.  Like I said, this -- I
3    think this -- I think this is the only report I ever
4    wrote on Mr. Williams, 'cause he's never had any
5    problems with me.
6              I would even say I wrote it reluctantly
7    because I want guys like Mr. Williams in the house,
8    'cause it makes my job a little easier, rather than
9    dealing with a gloomy Gus or, you know, somebody with
10   a bad attitude.  He had a really good attitude.
11             So I -- I kind of knew, I'm going to have to
12   write this -- I'm going to have to write this up.  And
13   if you don't got a pink slip for me, I'm going to have
14   to do what I got to do and -- and write it up.
15             And it's no ill will or anything like that.
16   It's just, you're getting paper on you.  You're
17   generating paper -- paperwork.  Instead of
18   accommodation, it's failure to comply or not wanting
19   to go to work.
20             And I -- he kind of knew -- everyone -- I
21   don't know if he knew, but generally speaking,
22   everyone knows where that goes.  You get paper on you.

Page 57

1    Okay.  Well, now, instead of incentives, you get less
2    options, I guess.  So you either work your way up or
3    you're working your way down.
4              And generally, when you get paper on you,
5    it's considered -- that's something you don't want, is
6    to get paper on you, leave a paperwork -- a paperwork
7    trail.  And that's why I say, you know, a one-off on
8    me, I don't think would trigger this situation.  I
9    think it's multiple reports done by many officers.
10             And I don't -- and I would -- if they had --
11   if they were like me, it was, like, we didn't -- it
12   didn't matter to us whether he was hurt or not.  It
13   just mattered if his name was on the paper and he had
14   other paperwork to justify.  If you don't, then we're
15   going to write the report.  So failed to comply.
16             'Cause they're just -- it's not only Mr.
17   Williams.  It's every other cell house.  There's --
18   half of them refuse to go to work.  It's, like -- it's
19   pretty comical 'cause it's -- that's the job, stopping
20   them from hurting each other and getting them to go to
21   work.
22             And stopping them from hurting each other is