| | | | |
|---|---|---|---|
| 3 | 09/17/2019 09:32:36 | MANN, TRACEY | Offender contact-notified offender that I had received an email from HSA Hammer stating that he is not eligible for a lay in and an appointment is pending. |
| 3 | 09/17/2019 09:01:19 | MANN, TRACEY | Two step I grievances received from the offender. One concerning security lights on at night and the other concerning an issue with housing. |
| 3 | 09/12/2019 11:19:07 | MANN, TRACEY | Offender contact-he questioned if I had entered payroll, and requested for me to contact HSA Hammer concerning a medical layin. No other issues. |
| 3 | 09/05/2019 18:46:25 | DENWALT, SIMON | I have read and researched your grievance complaining about your job assignment. AR 650-01 states in part:<br>A. Internal Classification Committee: A multidisciplinary committee within each respective facility chaired by the administrative head/designee,at or above the level of correctional officer IV which is responsible for all facility internal classification and status proceedings, housing/cell assignments, work and program assignments, Code of Penal Discipline outcome management and other relevant internal offender management systems.<br>AR 850-04 states in part:<br>2. This grievance procedure may not be used to seek review of the following:<br>b. Classification is entirely at the discretion of the administrative head and internal classification committee of each facility.<br>3.. Grievances filed requesting review of non-grievable issues listed above will be informally discussed with the offender by a DOC employee and documented appropriately in the offender's chronological record.<br>This grievance isdenied. |
| 3 | 09/04/2019 09:01:34 | MANN, TRACEY | Offender kite requesting 3 grievance forms. |
| 3 | 09/03/2019 16:21:08 | MANN, TRACEY | 10 Day Award, Aug-2019: PET not granted: Total Grant=10 (incrno=3 Faccd=BV emplcd=F419) |
| 3 | 09/03/2019 12:17:56 | MANN, TRACEY | Reclassification complete at CMI level. |
| 3 | 09/03/2019 12:13:26 | MANN, TRACEY | Offender grievance step 3 received R-BV19/20-00154015-1 concerning unit job. Grievance R-BV19/20-00154017-2 concerning assignment to south unit and a step I grievance concerning a medical charge. |
| 3 | 08/29/2019 16:33:43 | MANN, TRACEY | Offender presented to the job board, direct assigned to food service. |
| 3 | 08/28/2019 10:22:20 | MANN, TRACEY | Offender kite requesting grievances and statement. Returned with kite. |
| 3 | 08/16/2019 07:04:31 | MANN, TRACEY | Offender presented to the job board 8/15/19, no action. |
| 3 | 08/06/2019 16:22:03 | MANN, TRACEY | Offender contact, he states that he did not receive a grievance back and did not have the grievance # for a returned form. Forwarded to grievance coordinator. |
| 3 | 08/01/2019 12:01:45 | MANN, TRACEY | Received step  grievance R-BV19/20-00154015-1 concerning work assignment. |
| 3 | 08/01/2019 11:58:15 | MANN, TRACEY | 10 Day Award, Jul-2019: PET not granted: Total Grant=10 (incrno=3 Faccd=BV emplcd=F419) |
| 3 | 07/31/2019 16:43:36 | MANN, TRACEY | Offender kite requesting a step 2 grievance, returned form to the offender. |
| 3 | 07/29/2019 14:55:22 | MANN, TRACEY | Offender phone hearing with US District court began at 11:00am and ended at 11:25 am. Concerning offender's medical lay in, I phoned Medical and spoke to McCabe who verified offender's layin ends 8/1/19. |
| 3 | 07/15/2019 09:37:14 | MANN, TRACEY | Offender contact-offender states that he has a lay-in from medical, verified with medical Mosbarger. Offender requests that he be returned to the unit porter assignment. Email sent to f/s Class to pass information. |
| 3 | 07/08/2019 11:30:28 | MANN, TRACEY | Offender contact-phone hearing ordered for 10:00, with Magistrate Judge Michael E Hegarty. Postponed to 07/29/19. Phone call lasted from 10:08 to 10:21 hrs. No other issues. (303-844-4507) |
| 3 | 07/05/2019 10:09:04 | BARONI, DANIEL | Received two step I grievances, both requesting to be assigned to South unit, not FS. Forwarded to grievance coordinator. |
| 3 | 07/03/2019 11:36:26 | MANN, TRACEY | Offender contact-he requested 2 step 1 grievances. He questioned the decision by the job board, no other issues. |
| 3 | 07/01/2019 3:29:41 | MANN, TRACEY | Offender kite in response to the referral to food service. He stipulated his work restrictions and that he should have already had a job in the unit. Response: Food Service will find you something to accomodate. |

Exhibit O

CDOC/WILLIAMS 00187