IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

---

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTIONS IN LIMINE**

---

Defendant Colorado Department of Corrections ("CDOC"), through the Colorado Attorney General, respectfully submits this motion requesting a two-week extension of time, to and including October 14, 2024, to file its Motions in Limine in anticipation of trial and pursuant to the Court's Trial Preparation Order. ECF No. 73. In support thereof, the CDOC states the following:

1.      Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has not yet conferred with Plaintiff's counsel with regard to the relief sought in this Motion but will obtain counsel's position and convey it to the Court as soon as possible.

2.      Plaintiff Charles Williams is an individual who was previously incarcerated in the CDOC. He brought this action alleging that prison officials discriminated against him on account of a disability, in violation of the Rehabilitation Act, 29 U.S.C. §§ 701-796*l*, and Title II of the Americans with Disabilities act ("ADA"), 42 U.S.C. §§ 12132-12165.

1

3.      The Court issued a Trial Preparation Order indicating that the parties may file an omnibus motion in limine by no later than **September 30, 2024.**

4.      The CDOC respectfully requests a two-week extension of time, to and including **October 14, 2024,** to file its motion in limine, and until **October 30, 2024,** to file its response to any motion in limine filed by Plaintiff.

5.      Good cause exists for this extension of time. Since the parties have not yet conferred about or drafted a proposed final pretrial order or exchanged witness or exhibit lists (and such an order is not due for filing until November 8), it is not entirely clear exactly who Plaintiff will call as a witness or which exhibits he may wish to introduce (and for what purpose). Accordingly, the CDOC does not presently have enough information to articulate all the arguments they could make to exclude testimony or prevent the introduction of tangible evidence.

6.      A two-week extension of time will allow the parties sufficient time to confer about proposed witnesses and exhibits and begin drafting a proposed final pretrial order. During this time, counsel for the CDOC would then be able to determine any grounds to exclude any of Plaintiff's proposed evidence.

7.      This is the first request for an extension by the CDOC as to any deadline set forth in the Court's Trial Preparation Order and is not being brought for the purpose of undue delay. Additionally, there does not appear to be any reason that granting the CDOC an additional two weeks to file its omnibus motion in limine would unduly burden any party. The CDOC would not oppose granting Plaintiff the same two-week extension to file his motions in limine.

2

For the foregoing reasons, the CDOC respectfully requests that the Court grant

an extension of time, to and including **October 14, 2024**, to file its motion in limine, and

until **October 30, 2024** to file its response to any motion in limine filed by Plaintiff.

Respectfully submitted September 30, 2024,

PHILIP J. WEISER
Attorney General

*s/ Gregory R. Bueno*

GREGORY R. BUENO*
ANN STANTON*
Assistant Attorneys General
Civil Litigation & Employment Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Fax: (720) 508-6032
Email: gregory.bueno@coag.gov
*Counsel of Record

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Amended Complaint upon all parties herein by e-filing with the CM/ECF system maintained by the court this 30th day of September, 2024, which will send electronic notification to the following:

Samuel D. Weiss
Oren Nimni
Rights Behind Bars
416 Florida Avenue NW
Suite 26152
Washington, DC 20001
sam@rightsbehindbars.org
oren@rightsbehindbars.org
*Attorney for Plaintiff*

*Courtesy copy e-mailed to:*
Tony DeCesaro, CDOC

  *s/ Gregory R. Bueno*