IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## DEFENDANT'S STATEMENT REGARDING MOTIONS IN LIMINE

Defendant, the Colorado Department of Corrections ("CDOC"), through the Colorado Attorney General, respectfully submits this Statement following up on its prior request to extend the deadline to file its motions in limine. With the benefit of the Court's consideration in granting the CDOC's motion an extension of time to file any motions in limine, *see* ECF Nos. 75, 76, counsel for the CDOC has determined that it need not file any such motions. The CDOC will be prepared to make arguments for the introduction or exclusion of testimony or tangible evidence during other appropriate times in this action, up to and including trial.

Respectfully submitted on this 7th day of October 2024,

                PHILIP J. WEISER
                Attorney General

                *s/ Gregory R. Bueno*
                GREGORY R. BUENO*
                ANN STANTON*
                Assistant Attorneys General
                Civil Litigation & Employment Section

1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Fax: (720) 508-6032
Email: gregory.bueno@coag.gov
*Counsel of Record

## **CERTIFICATE OF SERVICE**

This is to certify that I have duly served the within Statement upon all parties herein by e-filing with the CM/ECF system maintained by the court this 7th day of October, 2024, as follows:

*Courtesy copy e-mailed to:*
Tony DeCesaro, CDOC

  *s/ Gregory R. Bueno*