IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Nina Y. Wang

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

MOTION FOR WITHDRAWAL OF OREN N. NIMNI AS PLAINTIFF'S COUNSEL

---

To the clerk of court and all parties of record:

Plaintiff's Counsel requests the withdrawal of counsel Oren N. Nimni ONLY as counsel of record in this matter. As good cause, Plaintiff's Counsel states that Mr. Nimni is no longer employed at Rights Behind Bars. Rights Behind Bars will remain counsel of record for this matter through attorneys Samuel D. Weiss and Miriam R. Nemeth. Mr. Williams has been notified of this change in counsel pursuant to D.C. Colo. LAttyR 5 and consents to the relief requested herein.

DATED at Washington, DC this 30th day of October, 2024.

                                                */s/Miriam R. Nemeth*
                                                Miriam R. Nemeth
                                                Rights Behind Bars
                                                1800 M Street NW Front 1 #33821
                                                Washington, DC 20033
                                                202-455-4399
                                                miriam@rightsbehindbars.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

ann.stanton@coag.gov
gregory.bueno@coag.gov

*s/Miriam R. Nemeth*