IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

**JOINT MOTION TO AMEND TRIAL PREPARATION ORDER (ECF NO. 73) AND VACATE THE FINAL PRETRIAL CONFERENCE**

Plaintiff Charles Williams and Defendant Colorado Department of Corrections ("CDOC"), through their respective counsel, respectfully submit this motion to amend the Trial Preparation Order, *see* ECF No. 73 and vacate the Final Pretrial Conference currently set for November 18, 2024. In support thereof, the CDOC states the following:

1. Plaintiff Charles Williams was previously incarcerated in CDOC custody. He brought this action alleging that prison officials discriminated against him on account of a disability, in violation of the Rehabilitation Act, 29 U.S.C. §§ 701-796*l*, and Title II of the Americans with Disabilities act ("ADA"), 42 U.S.C. §§ 12132-12165. *See generally* Amended Complaint, ECF No. 10.

2. The Court issued a Trial Preparation Order specifying a number of deadlines on November 4, 2024 and November 8, 2024.

3. Currently, the following items are due on November 4, 2024: Proposed jury instructions and verdict forms, proposed witness and exhibits lists, deposition

1

counter-designations, proposed voir dire questions, identification of trial technology needs, and exhibit notebooks and two flash drives of exhibits. ECF No. 73.

4. Currently, a proposed Final Pretrial Order is due November 8, 2024.

5. The Final Pretrial Conference in this matter is scheduled for November 18, 2024 at 10:00 a.m.

6. The parties are respectfully requesting a four-week extension of time for the above-referenced filing deadlines, such that they will be due on December 2 and December 6, respectively.

7. Good cause exists for this extension of time. Plaintiff's primary counsel of record, Samuel Weiss of Rights Behind Bars, unexpectedly needed to go on family leave on October 7, 2024. Additionally, another attorney from Rights Behind Bars, Oren Nimni, no longer works for Rights Behind Bars (as of October 7, 2024) and thus no longer represents Plaintiff. Consequently, Plaintiff's current counsel, Miriam R. Nemeth, entered her appearance on October 30. For this reason, Ms. Nemeth requires additional time to apprise herself of the facts and claims surrounding this case. Further, the court's order specifies that the parties work jointly on nearly all the pretrial filings due on November 4th and 8th. Ms. Nemeth cannot meaningfully participate in jointly preparing these filings until she is fully familiar with the matter. Accordingly, the parties are respectfully requesting an extension of time to properly provide the court with the items ordered pursuant to the Trial Preparation Order.

8. A four-week extension of time will allow the parties sufficient time to prepare meeting the deadlines specified in paragraphs 3 and 4.

9.  Additionally, the parties are currently engaged in active settlement negotiations. While the requested extensions are necessary for all the reasons described above, they will also allow parties and their counsel additional time to potentially come to an amicable resolution of this case.

10. The parties are also aware that should the Court grant this extension, it would necessitate rescheduling the Final Pretrial Conference, since it is currently scheduled for November 18. The parties therefore respectfully ask the Court to vacate the Final Pretrial Conference to a date and time considered appropriate by the Court.

11. This is the first request for an extension by the parties as to the deadlines referenced in paragraphs 3 and 4 above. The request is not being brought for the purpose of undue delay. Additionally, there does not appear to be any reason that granting the parties the requested extension of time would unduly burden any party.

For the foregoing reasons, Plaintiff and Defendant respectfully request that the Court modify the deadlines in the Trial Preparation Order as outlined above.

Dated:  October 31, 2024.                    Respectfully submitted,

*s/ Gregory R. Bueno*                        *s/ Miriam R. Nemeth*
Gregory R. Bueno                             Miriam R. Nemeth
Ann Stanton                                  Samuel D. Weiss
Kristin L. Lindemann                         Rights Behind Bars
Colorado Attorney General's Office           1800 M Street NW Front 1 #33821
Ralph L. Carr Colorado Judicial Center       Washington, DC 20033
1300 Broadway                                Email:  sam@rightsbehindbars.org
Denver, CO 80203                             miriam@rightsbehindbars.org
720-508-6659
Email: gregory.bueno@coag.gov
ann.stanton@coag.gov

| | |
|---|---|
| kristin.lindemann@coag.gov | |
| Attorneys for Defendant CDOC | Attorneys for Plaintiff<br>Charles Williams |

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within Joint Motion to Amend Trial Preparation Order upon all parties herein by e-filing with the CM/ECF system maintained by the court this 31st day of October, 2024, which will send electronic notification to the following:

| | |
|---|---|
| Samuel D. Weiss<br>Miriam R. Nemeth<br>Rights Behind Bars<br>1800 M Street NW Front 1 #33821<br>Washington, DC 20033<br>sam@rightsbehindbars.org<br>miriam@rightsbehindbars.org<br>*Attorneys for Plaintiff* | *Courtesy copy e-mailed to:*<br>Tony DeCesaro, CDOC |

*s/ James L. Mules*