IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

1. What is your understanding of the role of a juror in a civil lawsuit?

2. Have you ever served as a juror before?  If so, what was the outcome of the case?

3. Are you employed?  What type of work do you do?

4. How do you spend your spare time?

5. Do you have a back injury or other injury that limits your mobility or ability to stand?

6. Do you have any loved ones who are or have ever been incarcerated?

7. What is your familiarity with the American prison system?

8. Do you believe that someone who has committed [xx crimes] deserves what happens to them in prison?

9. Do you believe that prisoners have the same rights as non-prisoners?

10. Do you believe that prisoners have the right to use the legal system to protect their rights?

11. Can you remain impartial if the plaintiff is a prisoner?

12. Do you have any loved ones who work in a department of corrections or police department?  Any loved ones in the military or other forms of law enforcement?

13. Do you believe that law enforcement is always correct?

14. Under our law, a prison guard is not more, or less, believable just because he or she is a member of law enforcement.  A juror must evaluate a prison guard's testimony for truthfulness and accuracy in the same way the juror would evaluate the testimony of any other witness.  Is there any reason you cannot do so?

15. Are you, or anyone close to you, employed now, or have you or anyone close to you been employed by a court of law enforcement agency. If yes, please state the individual's relationship to you (for example: parent, sibling, spouse, child, cousin, friend) and the agency he or she worked for. Examples of law enforcement agencies include: a police or peace officer in a department or agency, auxiliary police unit, district attorney, attorney general, united states attorney, inspector general of a governmental agency, FBI, sheriff's department, correction department, division of parole, department of probation, or a private security service.

16. Are you familiar with the Americans with Disabilities Act?

17. Do you believe that a person can have a physical disability that is not visible to the naked eye?

18. Do you believe that people with disabilities should have the same access in society as people without disabilities?

19. Do you believe that it is a waste of time to bring a "small" case in federal court?

20. Can you promise to guard against allowing stereotypes or attitudes about individuals or about groups of people influence your decision in this case?

21. Can you follow the judge's instructions even if you do not agree with them?

22. Do you have any personal biases or prejudices that may affect your ability to be impartial in this case?

23. Can you keep an open mind throughout the trial and base your decision solely on the evidence presented?