IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

---

### CERTIFICATE OF SERVICE FOR PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

---

This is to certify that I have duly served Plaintiff's Proposed Voir Dire Questions upon all parties herein by e-filing with the CM/ECF system as Docket #85 on November 27, 2024, which will send electronic notification to the following:

    Gregory R. Bueno
    Ann Stanton
    Kristin L. Lindemann
    Colorado Attorney General's Office
    Ralph L. Carr Colorado Judicial Center
    1300 Broadway
    Denver, CO 80203
    720-508-6659
    Email: gregory.bueno@coag.gov
    ann.stanton@coag.gov
    kristin.lindemann@coag.gov

    *Attorneys for Defendant Colorado Department of Corrections*

I further certify that I also emailed an editable Microsoft Word version of this document to the Court at Wang_Chambers@cod.uscourts.gov on this same day.

                                          */s/Miriam R. Nemeth*
                                          Counsel for Plaintiff Charles Williams