IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

---

### PARTIES' PROPOSED JURY INSTRUCTION ON REHABILITATION ACT CLAIM

---

Pursuant to this Court's Trial Preparation Minute Order, Dkt. #94, Plaintiff affirms that he continues to pursue a separate claim under the Rehabilitation Act in addition to his claim under the Americans With Disabilities Act. The parties jointly submit the following stipulated proposed jury instruction concerning the Rehabilitation Act claim for this Court's consideration and inclusion in the final jury instructions in this matter.

Dated:  December 9, 2024

*s/ Gregory R. Bueno*
Gregory R. Bueno
Ann Stanton
Kristin L. Lindemann
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Respectfully submitted,

*s/ Miriam R. Nemeth*
Miriam R. Nemeth
Samuel D. Weiss
Rights Behind Bars
1800 M Street NW Front 1 #33821
Washington, DC 20033
Email: sam@rightsbehindbars.org
miriam@rightsbehidbars.org

720-508-6659
Email: gregory.bueno@coag.gov
ann.stanton@coag.gov
kristin.lindemann@coag.gov

Attorneys for Defendant CDOC                Attorneys for Plaintiff Charles Williams

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the Parties' Proposed Jury Instruction on Rehabilitation Act Claim upon all parties herein by e-filing with the CM/ECF system maintained by the court this 9th day of December 2024, which will send electronic notification to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Miriam R. Nemeth*
　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff's Counsel

# JURY INSTRUCTION NO. \_\_\_

# REHABILITATION ACT

The elements for a claim under the Rehabilitation Act, 29 U.S.C. § 794, are identical to those under the Americans with Disabilities Act with one exception. The Rehabilitation Act also requires plaintiff to show that the defendant received federal financial assistance.

Source:  29 U.S.C. § 794(a); *Martinez v. Colorado Dep't of Corr.*, No. 19-CV-01245-PAB-NYW, 2020 WL 6119879, at *6 (D. Colo. June 4, 2020), *report & recommendation adopted*, No. 19-CV-01245-PAB-NYW, 2020 WL 5525363 (D. Colo. Sept. 14, 2020).