IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-02595-NYW-NRN | Date: December 12, 2024 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| CHARLES LAMONT WILLIAMS, | Miriam Nemeth |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF CORRECTIONS, | Gregory Bueno<br>Kristin Lindemann |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE**

**10:06 a.m.**    **Court in session.**

Appearances of counsel.

Parties review the proposed Final Pretrial Order [Doc. 97].

**ORDERED:** No later than December 19, 2024, Parties shall supplement their witness lists by disclosing will-call and may-call witnesses, the scope of each witness's testimony, and the estimated amount of time for that testimony.

Unless counsel recalls a witness, witnesses shall be called once to testify at trial.

**ORDERED:** Parties shall meet and confer with respect to whether or not all witnesses are employees of Defendant, or whether some witnesses may require subpoenas.

**ORDERED:** Parties shall meet and confer and present to the Court any issues arising from medical witnesses no later than December 19, 2024.  Parties indicate that there are no other issues related to witnesses that arise from discovery and/or disclosure.

**ORDERED:** To the extent that the Parties are seeking to permit certain individuals to testify by remote live means, they shall meet and confer and file a motion.

Court advises Parties that exhibits shall be moved into evidence through a witness.

Discussion regarding the settlement conference scheduled before Magistrate Judge Neureiter.

**ORDERED:** The Final Pretrial Order is approved and filed with the corrections made of record.

Discussion regarding *voir dire* questions.  Counsel are permitted 15 minutes of *voir dire* per side after the Court conducts its *voir dire* examination.

The Court will seat a total of 8 jurors.  Each side will be allowed 3 peremptory challenges.

**ORDERED:** The remainder of the proposed *voir dire* questions are stipulated.  Court will edit the *voir dire* questions as discussed.  Court takes under advisement the issue with respect to the preponderance of the evidence instruction, as well as paragraph 24 of the proposed *voir dire*.

Discussion regarding the Draft Preliminary Jury Instructions provided by the Court [Doc. 93].

**ORDERED:** The proposed preliminary jury instructions have been stipulated to subject to consideration with respect to the burden of proof.

Discussion regarding the proposed final jury instructions and verdict form.

**ORDERED:** Parties shall meet and confer and submit proposed edits to the proposed final jury instructions no later than December 19, 2024.

**10:53 a.m.**     **Court in recess.**

Hearing concluded.
Total time in court:     0:47