**MINUTE ENTRY FOR SETTLEMENT**

TO:        Docketing

FROM:      Magistrate Judge N. Reid Neureiter

DATE:      December 12, 2024

RE:        CIVIL DOCKET FOR CASE #: 21-cv-02595-NYW-NRN
           <u>Williams v. Denwalt et al</u>

|   |   |
|---|---|
| ___ | A settlement conference was held on _____ and no settlement was reached as to any claims in this action. |
| ___ | Another Settlement Conference set for _____ |
|     | Updated Confidential Settlement Statements are due on or before _____. |
|     | ☐ in accordance with the Court's Instructions |
| _X_ | A settlement conference was held on this date, and a settlement was reached as to |
| _X_ | All claims in this action. The parties shall file dismissal papers on or before <u>January 31, 2025</u>. |
| ___ | Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____. |

Settlement conference and preparation time involved: 7 hours.

_____ A record was made        _x_ No record was made

* * * * * * * * * * * * * * * *

_____ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: _ hours _ minutes