IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02595-NYW-NRN

CHARLES WILLIAMS,

Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

Defendant.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to D.C.COLO.LAttyR 5(b), Assistant Attorney General Gregory Bueno, respectfully moves to withdraw as counsel for Defendant Colorado Department Of Corrections. In support of this motion, Mr. Bueno states as follows:

1. Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel was not required to confer with Plaintiff's counsel before filing this Motion.

2. Mr. Bueno has tendered his resignation effective January 21, 2025, with the Office of the Attorney General and will no longer represent the Colorado Department of Corrections or its employees.

3. This case has transitioned to Assistant Attorney General Kristin Lindemann and Ann Stanton who are presently entered as counsel of record for Defendant and will continue such representation. Accordingly, Defendant will not be impacted by the withdrawal of Mr. Bueno as counsel of record.

4.     Under D.C.COLO.LAttyR 5(b), notice of Mr. Bueno's withdrawal as defense counsel in this lawsuit has been provided to Defendant and Counsel for Plaintiff, as certified in the Certificate of Service below.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an order approving Mr. Bueno's withdrawal as counsel of record.

Respectfully submitted this 21st day of January, 2025.

>PHILIP J. WEISER
>Attorney General
>
>*s/ Gregory R. Bueno*
>GREGORY R. BUENO*
>Assistant Attorney General
>Civil Litigation & Employment Section
>1300 Broadway, 10th Floor
>Denver, CO  80203
>Telephone: (720) 508-6644
>Fax: (720) 508-6032
>Email: gregory.bueno@coag.gov
> *Counsel of Record

## CERTIFICATE OF SERVICE

      This is to certify that on January 21, 2025, I have duly served the within **MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of Court using the CM/ECF system, which will electronic notification to all counsel of record and a copy of the same was emailed to CDOC Client Representative:

  Anthony DeCesaro
  Legal Services, CDOC

                        *s/ Elle Di Muro*
                        Elle Di Muro, Paralegal